UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK G. DEGIACOMO,<br>CHAPTER 7 TRUSTEE OF THE UPPER CRUST<br>LLC, ET. AL.,<br><br>    Plaintiff,<br><br>v.<br><br>JORDAN TOBINS and<br>STEFANY TOBINS,<br><br>    Defendants. | CIVIL ACTION<br>NO.  16-11595-RGS |

**APPELLANTS JORDAN AND STEFANY TOBINS'
MOTION TO EXTEND TIME TO FILE APPEAL**

Appellants Jordan and Stefany Tobins ("Appellants") submit this motion for a six-day extension to Thursday, August 25, 2016 to file their Appeal ("Appeal").  The Appeal is currently due on August 19, 2016.  As reasons for this extension, Appellants assert and aver as follows.

1. Appellants' counsel has a hearing on an Emergency Motion for Preliminary Injunction scheduled for August 17, 2016 in an unrelated case.

2. Appellants' counsel has a mediation in this case scheduled for Thursday, August 18, 2016.  The mediation may render this Appeal moot.

3. No prejudice to either party will result from the short extension.

For the foregoing reasons, Appellants respectfully request that the Court grant this motion to extend time for Appellants to file their Appeal to Thursday, August 25, 2016.

JORDAN and STEFANY TOBINS,
By their attorneys,

*/s/ Richard E. Briansky*
Amy Hackett
Richard E. Briansky
McCarter & English, LLP
265 Franklin Street
Boston, MA  02110
T:  (617) 449-6568
F:  (617) 607-9312
ahackett@mccarter.com
rbriansky@mccarter.com

Dated:  August 17, 2016

**CERTIFICATE OF SERVICE**

I, Richard E. Briansky, hereby certify that this document was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Richard E. Briansky*