UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK G. DEGIACOMO, CHAPTER 7 TRUSTEE OF THE UPPER CRUST LLC, ET AL., <br> Plaintiff, <br><br> v. <br><br> JORDAN TOBINS AND STEFANY TOBINS, <br> Defendants. | C.A. NO. 16-11595-RGS |

### APPELLEE'S LIMITED RESPONSE TO APPELLANTS JORDAN AND STEFANY TOBINS' MOTION TO EXTEND TIME TO FILE APPEAL

Appellee Mark G. DeGiacomo, Chapter 7 Trustee of the Upper Crust LLC, et al. ("Appellee") does not object to Appellants Jordan and Stefany Tobins ("Appellants") request for a six-day extension to Thursday, August 25, 2016 to file Appellants Brief. Appellee requests a corresponding six-day extension to Thursday, September 8, 2016 to file Appellee's Brief.

        **Attorneys for Plaintiff Mark G. DeGiacomo, Chapter 7 Trustee of the Upper Crust LLC, et al.,**

        By His Attorneys,

        */s Anthony R. Leone*
        Ryan M. MacDonald, BBO #654688
        rmacdonald@murthalaw.com
        Anthony R. Leone, BBO #681760
        aleone@murthalaw.com
        Murtha Cullina LLP
        99 High Street
        Boston, MA 02110-2320
        Telephone: 617.457.4000
        Facsimile: 617.482.3868

Dated: August 17, 2016

## CERTIFICATE OF SERVICE

     I, Anthony R. Leone, hereby certify that on the 17th day of August 2016, a copy of *Appellee's Limited Response to Appellants Jordan and Stefany Tobins' Motion to Extend Time to File Appeal* was filed through the Court's ECF System and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                                    */s/ Anthony R. Leone*